In the Matter of DANIELLE M., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHELLE R., Appellant. [842 NYS2d 352]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered April 18, 2006 in a proceeding pursuant to Family Court Act article 10. The order adjudged that the child is a neglected child and placed her in the care and custody of her maternal grandmother.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Fahey and Green, JJ.